# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) CIV- 14-745-D |
| DEFENDANT NO. 1:<br>$6,239,844.73 IN U.S. CURRENCY,<br>More or less; and | ) |
| DEFENDANT NO. 2:<br>$246,089.09 IN U.S. CURRENCY,<br>More or less, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

Before the Court is Plaintiff's Motion for Default Judgment and Order of Forfeiture and Brief in Support [Doc. No. 14]. Upon consideration, the Court finds:

1. On July 16, 2014, the plaintiff, United States of America, filed its Verified Complaint for Forfeiture *In Rem* [Doc. No. 1] against the defendant currency.

2. A Warrant for Arrest *In Rem* was entered by the Court on July 22, 2014, and the defendant currency was served by the United States Marshals Service, together with a copy of the plaintiff's Complaint, Notice and the Warrant, on August 5, 2014.

3. Notice of this action was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on July 17, 2014, and ending on August 15, 2014, as referenced in the Declaration of Publication [Doc. No. 9].

1

4. Copies of the Complaint and Notice of Forfeiture Action were provided to the following parties who may have had an interest in the defendant currency, as follows:

a) Delivery of notice to Dan Webber, counsel for Wesley Yui Chew and ICON Telecom, was accomplished by certified mail, receipt number 7011 3500 0001 0775 6702, on July 17, 2014. *See* Exhibit 1 to Motion for Default Judgment and Order of Forfeiture [Doc. No. 14].

b) Delivery of notice to Wesley Yui Chew and ICON Telecom, possible claimants, was accomplished by certified mail, receipt number 7011 3500 0001 0775 6719, on July 21, 2014. *See* Exhibit 2 to Motion for Default Judgment and Order of Forfeiture [Doc. No. 14].

c) Delivery of notice to Cynthia Li, possible claimant, was accomplished by certified mail, receipt numbers 7011 3500 0001 0775 6733 on July 21, 2014, and 7011 3500 0001 0775 6726 on July 25, 2014. *See* Exhibits 3 and 4 to Motion for Default Judgment and Order of Forfeiture [Doc. No. 14].

5. No known party potentially claiming an interest in the defendant currency is an infant or incompetent person, or is active in the military service.

6. No person has filed a claim or answer herein.

7. An Entry of Default [Doc. No. 13] was entered by the Clerk of Court on October 17, 2014.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to Defendant No. 1: $6,239,844.73 in United States currency, more or

less; and Defendant No. 2: $246,089.09 in United States currency, more or less, is hereby condemned, forfeited and vested in the United States of America, free and clear of the claims of any person, and shall be disposed of according to law. The Court ORDERS that judgment should be, and is hereby, entered in favor of plaintiff United States of America. Upon entry of this order, the United States Marshals Service or other appropriate governmental agency is directed to deliver the above-described property to the United States of America for disposition according to law.

      IT IS SO ORDERED this 22nd day of October, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE